UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 24-9132-AH(PVCx) | Date | DECEMBER 20, 2024 |
|---|---|---|---|

| Title | Cesar Acevedo v. JSNJ Investment LLC et al |
|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      ___ In Court      _X_ In Chambers      _X_ **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on December 19, 2024 [15]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)         **CIVIL MINUTES - GENERAL**                                       Initials of Deputy Clerk YS